UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BLACK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., and FISHER-PRICE, INC.,<br><br>Defendants. | Case No. 2:19-CV-03209-VAP-MAA<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF A MOTION TO TRANSFER BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION [18]**<br><br>Assigned to the Honorable Virginia A. Phillips, Courtroom 8A<br><br>Complaint served: May 6, 2019 |

## ORDER

The Court, having considered the joint stipulation of the parties seeking an order to stay proceedings of this matter pending a decision of the Judicial Panel on Multidistrict Litigation, and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT** this case is stayed, including but not limited to responsive pleading deadlines and related briefing schedules, status conferences, and/or discovery deadlines, until the Judicial Panel for Multidistrict Litigation has ruled on the Motion for Transfer in *In re: Fisher-Price Rock 'N Play Marketing, Sales Practices, and Product Liability Litigation,* MDL No. 2903.

Dated: June 3, 2019

*Virginia A. Phillips*
Hon. Virginia A. Phillips
Chief United States District Judge